UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:08CR12-2-V

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JOEY ANTRONE CARROLL, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Government's Motion for Reconsideration of Bond and Motion to Stay. Document #41. The Defendant had a detention hearing before United States Magistrate Judge Carl Horn on April 21, 2008. At the conclusion of that hearing, the Magistrate Judge ordered the Defendant released, subject to electronic monitoring and a $50,000 unsecured bond. Documents ##38, 39. Also on April 21, 2008, immediately subsequent to that order, the Government now moves this Court to stay the order releasing Defendant so that it may seek this Court's review of the Magistrate Judge's decision pursuant to 18 U.S.C. § 3145(a). Since the Defendant remains in custody at this time, this Court will stay the order of release pending the outcome of its review of that order.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Stay the Release of the Defendant is hereby **GRANTED** so that this Court may conduct a review of the decision of the Magistrate Judge.

Signed: April 21, 2008

Richard L. Voorhees
United States District Judge